IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3032-01-CR-S-GAF |
| ) | |
| TINA MARIE BLAIR, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence, in which she asserts that evidence seized as a result of a vehicular stop should be suppressed. An evidentiary hearing was held on July 20, 2006. On September 6, 2006, Chief United States Magistrate Judge James C. England issued his Report and Recommendation.

Upon careful and independent review of the pending motion, defendant Scott's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence is OVERRULED and DENIED.

SO ORDERED.

                                                          /s/ Gary A. Fenner
                                                          GARY A. FENNER, JUDGE
                                                           United States District Court

DATED: October 6, 2006