IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 06-3032-01-CR-S-DW |
| TINA M. BLAIR, | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR ACQUITTAL**

On January 10, 2007, the Defendant, Tina M. Blair, filed a Motion for Acquittal at the Close of All the Evidence (Doc. 63). The Court took the motion under advisement. On January 11, 2007, the jury reached a verdict finding Defendant not guilty on Count 1 and guilty on Count 2 (Doc. 73). The Court hereby DENIES Defendant's Motion for Acquittal (Doc. 63).


Date:   June 12, 2007                                       /s/ Dean Whipple
                                                                                            Dean Whipple
                                                                        United States District Judge